Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-02306-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## **STIPULATION**

Defendants ALLEGIANT AIR, LLC and ALLEGIANT TRAVEL CO. ("Defendants") and Plaintiff JASON KINZER, through their respective attorneys of record, stipulate and agree to extend the date on which Defendants are to answer or otherwise respond to Plaintiff's Complaint (Doc. #1, Exhibit 1) from December 14, 2015, up to and including December 16, 2015.

Counsel for Defendants requested this extension based on scheduling difficulties and represents that this request has not been made for any improper purpose.

Accordingly, the parties stipulate that Defendants shall have up to and including December 16, 2015, to respond to Plaintiff's Complaint.

Dated: December 11, 2015

Dated: December 11, 2015

JACKSON LEWIS P.C.

THE URBAN LAW FIRM

  /s/ Steven C. Anderson
Veronica Arechederra Hall
Steven C. Anderson
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

  /s/ Sean W. McDonald
Michael A. Urban
Sean W. McDonald
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89103

*Attorneys for Defendants*

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this ___ day of December, 2015.

_____
MAGISTRATE/JUDGE