MICHAEL J. PANGIA, ESQ.
D.C. Bar No. 967182
(Will comply with LCR IA 10-2 by Jan. 26, 2016)
**THE PANGIA LAW GROUP**
1717 N St NW, Suite 300
Washington, D.C. 20036
T: (202) 955-6153
F: (202) 393-1725
mpangia@pangialaw.com

**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada Bar No. 3875
SEAN W. McDONALD, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-02306-JAD-PAL<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Plaintiff, Jason Kinzer, by and through his counsel of record, certifies that, in addition to the named parties, there are no other interested parties known to Plaintiff Kinzer.

/ / /

/ / /

1

1   These representations are made to enable judges of the Court to evaluate possible
2   disqualification or recusal pursuant to Local Rule 7.1-1.
3   Dated this 14th day of December, 2015.

MICHAEL J. PANGIA, ESQ.
D.C. Bar No. 967182
(Will comply with LCR IA 10-2 by Jan. 26, 2016)
**THE PANGIA LAW GROUP**
1717 N St NW, Suite 300
Washington, D.C. 20036
T: (202) 955-6153
F: (202) 393-1725
mpangia@pangialaw.com

**THE URBAN LAW FIRM**

By: _____/s/ Sean W. McDonald_____
MICHAEL A. URBAN, Nevada Bar No. 3875
SEAN W. McDONALD, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

*Counsel for Plaintiff*

62592