Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual, | Case No. 2:15-cv-2306-JAD-PAL |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation, | |
| Defendants. | |

The undersigned counsel of record for Allegiant Air, LLC and Allegiant Travel Co. ("Defendants") certify that the following have an interest in the outcome of this case:

- Allegiant Travel Co. is a publicly traded company with no publicly held corporation owning 10% or more of its stock and is the parent corporation of Allegiant Air, LLC.[1]

- Jude Bricker, Maurice J. Gallagher, and Scott Sheldon are the Managing Members of Allegiant Air, LLC.

---

[1] Allegiant Travel Co. avers that it is not a proper party to this action.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 16th day of December, 2015.

JACKSON LEWIS P.C.

/s/ Steven C. Anderson
Veronica Arechederra Hall, Bar No. 5855
Steven C. Anderson, Bar No. 11901
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

Jackson Lewis P.C.
Las Vegas

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 16th day of December, 2015, I caused to be served a true and correct copy of the above and foregoing **CERTIFICATE OF INTERESTED PARTIES** via the Court's CM/ECF Filing, properly addressed to the following:

Michael A. Urban
Sean W. McDonald
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

      /s/ Emily Santiago
Employee of Jackson Lewis P.C.

4831-9838-3916, v. 1