1

Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

2

3

4

5

6

*Attorneys for Defendants*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| JASON KINZER, an individual, | Case No. 2:15-cv-02306-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation, | |
| Defendants. | |

11

12

13

14

15

16

17

**STIPULATION**

18

Defendants ALLEGIANT AIR, LLC and ALLEGIANT TRAVEL CO. ("Defendants")

19

and Plaintiff JASON KINZER, through their respective attorneys of record, stipulate and agree to

20

extend the date on which Defendants are to answer or otherwise respond to Plaintiff's Complaint

21

(Doc. #1, Exhibit 1) from December 14, 2015, up to and including December 16, 2015.

22

23

24

25

26

27

28

Jackson Lewis P.C.
Las Vegas

1    Counsel for Defendants requested this extension based on scheduling difficulties and

2   represents that this request has not been made for any improper purpose.

3    Accordingly, the parties stipulate that Defendants shall have up to and including

4   December 16, 2015, to respond to Plaintiff's Complaint.

5   Dated:  December 11, 2015                         Dated:  December 11, 2015

6   JACKSON LEWIS P.C.                              THE URBAN LAW FIRM

7

8     /s/ Steven C. Anderson                            /s/ Sean W. McDonald
    Veronica Arechederra Hall                      Michael A. Urban
9   Steven C. Anderson                             Sean W. McDonald
    3800 Howard Hughes Parkway, Ste. 600           4270 S. Decatur Blvd., Ste. A-9
10  Las Vegas, NV 89169                            Las Vegas, NV 89103

11  *Attorneys for Defendants*                     *Attorneys for Plaintiff*

12
                                   **ORDER**
13
          **IT IS SO ORDERED.**
14
          Dated this 21st day of December, 2015.
15

16

17                                         _____
                                           MAGISTRATE/JUDGE
18

19

20

21

22

23

24

25

26

27

28