Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual, | Case No. 2:15-cv-02306-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation, | **(FIRST REQUEST)** |
| Defendants. | |

The undersigned parties, through their respective counsel of record, stipulate and agree to extend and confirm the briefing schedules related to Plaintiff's Motion to Remand to State Court (Dkt. #6) and Defendants' Motion to Dismiss (Dkt. #9). The parties agree that Defendants shall have up to and including December 30, 2015, to file their response in Opposition to Plaintiff's Motion to Remand to State Court, and Plaintiff shall have up to and including January 6, 2016, to file his response in Opposition to Defendants' Motion to Dismiss.

Counsel request this extension based on scheduling difficulties and out of an abundance of caution based on response date calculations under Fed. R. Civ. P. 6(a) and (d). Counsel represent that this request has not been made for any improper purpose. Accordingly, for the reasons set forth above, the parties agree to and request that the Court grant this stipulation as follows:

1. Defendants shall have through and including December 30, 2015, to file their Opposition to Plaintiff's Motion to Remand to State Court (Dkt. #6); and

2. Plaintiff shall have through and including January 6, 2016, to file his Opposition to Defendants' Motion to Dismiss (Dkt. #9).

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated:  December 28, 2015                                      Dated:  December 28, 2015

JACKSON LEWIS P.C.                                              THE URBAN LAW FIRM


__/s/ Steven C. Anderson_____          __/s/ Sean W. McDonald_____
Veronica Arechederra Hall                                       Michael A. Urban
Steven C. Anderson                                              Sean W. McDonald
3800 Howard Hughes Parkway, Ste. 600             4270 S. Decatur Blvd., Ste. A-9
Las Vegas, NV 89169                                             Las Vegas, NV 89103

*Attorneys for Defendants*                                       *Attorneys for Plaintiff*


**ORDER**

**IT IS SO ORDERED.**

Dated:  December 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

4851-0339-6396, v. 1