MICHAEL J. PANGIA, ESQ.
D.C. Bar No. 967182
(Will comply with LCR IA 10-2 by Jan. 26, 2016)
**THE PANGIA LAW GROUP**
1717 N St NW, Suite 300
Washington, D.C. 20036
T: (202) 955-6153
F: (202) 393-1725
mpangia@pangialaw.com

**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada Bar No. 3875
SEAN W. McDONALD, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO., a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-02306-JAD-PAL<br><br>**REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

Plaintiff, by and through counsel, hereby replies to Defendants' Opposition to the Motion to Remand, stating as follows:

The Defendants opposed Plaintiff's Motion to Remand (ECF No. 6) on the grounds that Plaintiff's complaint presents a federal question. In addition, Defendants have moved under Rule 12(b)(6) to dismiss Plaintiff's complaint, arguing that he has failed to state a federal question. Plaintiff has filed an opposition to the motion to dismiss (ECF No. 18) articulating why the issues presented in the complaint are matters of state law. Since the issues and law appear common to both motions, for the sake of avoiding unnecessary repetition, it is respectfully

1

requested that Plaintiff's brief in opposition to the Rule 12(b)(6) motion to dismiss be considered for the purpose of this reply.

The only in-district case Plaintiff could find that is post-*Ventress v. Japan Airlines*, 747 F.3d 716 (9th Cir. 2014) ("*Ventress III*"), is the case of *Yates v. Superior Air Charter*, 2015 WL 4464806 (C.D. Cal. July 20, 2015). The defendant in that case presented the same arguments as the Defendants present in the instant case, insisting that the Federal Aviation Act, the Airline Deregulation Act, and the Whistleblower Protection Program ("AIR 21") each preempts a state law cause of action for wrongful termination. *Id.* at *2–3. The district court noted that in order to protect the jurisdiction of state courts, removal jurisdiction should be construed in favor of remand. *Id.* at *2. The *Yates* court noted that the Ninth Circuit in *Ventress III* held that Congress has not occupied the field of employment law in the aviation context and that the FAA does not confer upon the agency the exclusive power to regulate all employment matters involving airmen. *Id.* The *Yates* court, on the basis of *Ventress v. Japan Airlines*, 603 F.3d 676, 681 (9th Cir. 2010) ("*Ventress* II"), likewise concluded that claims of preemption under the ADA and AIR 21 fail. *Yates*, 2015 WL 4464806, at *3. The rationale should be no different here, and under the reasoning articulated in *Yates v. Superior Air Charter*, this case should be remanded to the Eighth Judicial District Court in Clark County, Nevada, where Plaintiff originally commenced his action.

WHEREFORE, the Plaintiff's motion for a remand should be granted and the motion to dismiss denied as moot.

Dated this 8th day of January, 2016.

    MICHAEL J. PANGIA, ESQ.
    D.C. Bar No. 967182
    (Will comply with LCR IA 10-2 by Jan. 26, 2016)
    **THE PANGIA LAW GROUP**
    1717 N St NW, Suite 300
    Washington, D.C. 20036
    T: (202) 955-6153
    F: (202) 393-1725
    mpangia@pangialaw.com

/ / /

/ / /

**THE URBAN LAW FIRM**

By: _____*/s/ Sean W. McDonald*_____
MICHAEL A. URBAN, Nevada Bar No. 3875
SEAN W. McDONALD, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

*Counsel for Plaintiff*

64019

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2016, I electronically filed the foregoing **REPLY TO RESPONSE TO PLAINTIFF'S MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael A Urban murban@theurbanlawfirm.com, RSchleiker@theurbanlawfirm.com, adenni@theurbanlawfirm.com, kopenbrier@theurbanlawfirm.com, nring@theurbanlawfirm.com, pcotsonis@theurbanlawfirm.com, smcdonald@theurbanlawfirm.com, vhernquist@theurbanlawfirm.com

Veronica Arechederra-Hall veronica.hall@jacksonlewis.com, LasVegasDocketing@JacksonLewis.com, janine.martin@jacksonlewis.com, karen.michelini@jacksonlewis.com

Steven C Anderson steven.anderson@jacksonlewis.com, christar@jacksonlewis.com, karen.michelini@jacksonlewis.com, lasvegasdocketing@jacksonlewis.com, santiagoe@jacksonlewis.com

Sean W. McDonald smcdonald@theurbanlawfirm.com, efiling@theurbanlawfirm.com

and I hereby certify that have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

           */s/ Sean W. McDonald*
           An Employee of The Urban Law Firm

64019