UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON KINZER,<br><br>                    Plaintiff,<br>v.<br>ALLEGIANT AIR, LLC, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-02306-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a proposed stipulated discovery plan and scheduling order. The complaint in this matter was filed in state court and removed (Dkt. #1) December 7, 2015. Plaintiff filed a Motion to Remand (Dkt. #6) December 11, 2015. Defendants filed a Motion to Dismiss (Dkt. #9) December 16, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within thirty days after the first defendant answered or otherwise appeared, and fourteen days thereafter to file a mandatory stipulated discovery plan and scheduling order. A motion to dismiss is an appearance. To date, the parties have not complied. Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

   a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **4:00 p.m.**, **February 18, 2016.**

   b. Last date to complete discovery: **June 6, 2016.**

   c. Last date to amend pleadings and add parties: **March 7, 2016.**

   d. Last date to file interim status report: **April 5, 2016.**

   e. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **May 5, 2016.**

      f.      Last date to disclose rebuttal experts: **May 5, 2016.**

      g.      Last date to file dispositive motions: **July 5, 2016.**

      h.      Last date to file joint pretrial order: **August 3, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., May 16, 2016,** and shall fully comply with the requirements of LR 26-4.

DATED this 4th day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE