Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-2306-JAD-PAL<br><br>**DEFENDANT'S REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION** |

Defendant Allegiant Air, LLC ("Defendant") by and through its counsel Jackson Lewis P.C., respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements. Specifically, Defendant requests that Defendant's insurance carrier be excused from attending the ENE in person. Should the Court require, the carrier representative can be available by telephone.

The request for exception is based on the fact that although Defendant is insured with Travelers, Defendant has a substantial self-insured retention and any anticipated resolution of this matter at the ENE will be funded by Defendant. In addition, the representative for Travelers is located out of state and would be required to incur significant time and expense to travel to the ENE.

1  Based on the foregoing, Defendant respectfully requests Defendant's carrier be excused
2  from in person attendance at the ENE currently scheduled for February 25, 2016, at 9:00 a.m.
3  Should the Court require, the carrier representative will be available telephonically.
4  Dated: February 8, 2016.

JACKSON LEWIS P.C.

_____
Veronica Arechederra Hall, Bar No. 5855
Phillip C. Thompson, Bar No. 12114
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 8 day of February, 2016, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDANT'S REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION** properly addressed to the following:

Michael A. Urban
Sean W. McDonald
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

_____
Employee of Jackson Lewis P.C.

4826-2549-8157, v. 1