Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,<br><br>Defendants. | Case No. 2:15-cv-2306-JAD-PAL<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY STEVEN C. ANDERSON** |

Defendant Allegiant Air, LLC (hereinafter "Allegiant" or "Defendant") by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Steven C. Anderson as counsel of record from the above captioned case and the Court's docket. Mr. Anderson is no longer an employee of Jackson Lewis P.C. and his withdrawal will not cause any delay in the action. Veronica Arechederra Hall will remain lead counsel of record for Defendant.

Dated this 9 day of February, 2016.

JACKSON LEWIS P.C.

/s/ Veronica Arechederra Hall
Veronica Arechederra Hall, Bar No. 5855
Steven C. Anderson, Bar No. 11901
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

Jackson Lewis P.C.
Las Vegas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 9 day of February, 2016, I caused to be served a true and correct copy of the above and foregoing **REQUEST FOR LEAVE TO WITHDRAW ATTORNEY STEVEN C. ANDERSON** via the Court's CM/ECF Filing, properly addressed to the following:

Michael A. Urban
Sean W. McDonald
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Ste. A-9
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

                                                                  */s/ Janine Martin*
                                                                  Employee of Jackson Lewis P.C.

4817-2951-1213, v. 1