UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JASON KINZER,                                      Case No. 2:15-cv-02306-JAD-PAL

                              Plaintiff,              ORDER

   v.                                              (Mot Withdraw Atty – Dkt. #23)

ALLEGIANT AIR, LLC, et al.,

                         Defendants.

     Before the court is Defendants' Motion to Withdraw Attorney (Dkt. #23).  The motion requests that Steven C. Anderson be removed as counsel for Defendants as he is no longer an employee of Jackson Lewis P.C.  Veronica Arechederra Hall will remain as lead counsel for Defendants.  Accordingly,

     **IT IS ORDERED** that the Motion to Withdraw Attorney (Dkt. #23) is **GRANTED** and Steven C. Anderson shall no longer be listed as counsel for Defendants.

     DATED this 9th day of February, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1