**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 2:15-cv-2306-JAD-PAL

JASON KINZER, an individual;

       Plaintiff(s),

vs.

ALLEGIANT AIR, LLC, a Nevada limited
liability company; and ALLEGIANT
TRAVEL CO. a Nevada corporation,

       Defendant(s).

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Erik M. Dullea_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Jackson Lewis, P.C.
(firm name)

with offices at _____950 17th Street, Suite 2600_____,
(street address)

_____Denver_____, _____Colorado_____, _____80202_____
(city)         (state)        (zip code)

_____303-225-2387_____, _____erik.dullea@jacksonlewis.com_____.
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Allegiant Air, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.      That since ___October 26, 2007___, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of ___Colorado___
                                                                              (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court - Colorado | 4/9/2009 | 39151 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)   NONE

2

Rev. 1/15

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)   NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
American Bar Association
Colorado Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                           Petitioner's signature

     STATE OF _____Colorado_____ )

5                                   )
     COUNTY OF _____Denver_____   )

6

7         _____Erik M. Dullea_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                           Petitioner's signature

10   Subscribed and sworn to before me this

11   _19th_ day of _February_, _2016_.

12

13   _____            JULIANA M. ATENCIO
            Notary Public or Clerk of Court     NOTARY PUBLIC
14                                              STATE OF COLORADO
                                                NOTARY ID 20104011579
15                                              MY COMMISSION EXPIRES APRIL 5, 2018

16                **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                   THE BAR OF THIS COURT AND CONSENT THERETO.**

17        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate __Veronica Arechederra Hall__,
                                                                              (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____3800 Howard Hughes Parkway, Suite 600_____,
                              (street address)

24   _____Las Vegas_____, _____Nevada_____, ___89169___
              (city)                (state)        (zip code)

25

26   ___702.921.2460___, ___Veronica.Hall@JacksonLewis.com___.
     (area code + telephone number)      (Email address)

27

28                              4                              Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Veronica Arechederra Hall _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Erik M. Dullea, Attorney
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

585__                          Veronica.Hall@JacksonLewis.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



# SUPREME COURT

## State of Colorado,

It sufficiently appearing to the

## Justices of the Supreme Court

of the State of Colorado, from his application for License to Practice Law, and the certificates accompanying it attesting his qualifications, that

### Erik M. Dullea

has taken and subscribed the necessary oaths, and possesses the character and attainments required by law and the rules of this Court to entitle him to Admission to the Bar of this State.

He is therefore hereby authorized and empowered to appear in all Courts of Record of this State and therein to practice as an

### Attorney and Counselor at Law

Witness this _____26th_____ day of _____October_____ A. D. _____2007._____

State of Colorado, ss.



I do hereby certify that I have duly enrolled the name of the said

### Erik M. Dullea

on the Roll of Attorneys and Counselors in my office. In Testimony Whereof, I have hereunto set my hand and the Seal of said Supreme Court, at Denver, this _____17th_____ day of _____December_____ A. D. _____2007._____

_Susan J. Festag_
Clerk of the Supreme Court



## THE UNITED STATES OF AMERICA

*District of Colorado*

*I, Gregory C. Langham, Clerk of the United States District Court, certify that*

## Erik M. Dullea

*was duly admitted and qualified to practice as an attorney in the District Court on the 9th day of April, 2009.*

*In testimony whereof, I sign my name and affix the seal of this court, on this 10th day of April, 2009.*



*Clerk*

