# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON KINZER, an individual;

   Plaintiff(s),

vs.

ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,

   Defendant(s).

Case # 2:15-cv-2306-JAD-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Erik M. Dullea_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Jackson Lewis, P.C.
(firm name)

with offices at   950 17th Street, Suite 2600
        (street address)

Denver, Colorado, 80202,
(city)   (state)   (zip code)

303-225-2387, erik.dullea@jacksonlewis.com.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Allegiant Air, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since  October 26, 2007 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court - Colorado | 4/9/2009 | 39151 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)   NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
American Bar Association
Colorado Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Colorado____ )
                          )
COUNTY OF ____Denver____  )

____Erik M. Dullea____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__19th__ day of __February__, __2016__

__Juliana M. Atencio__
Notary Public or Clerk of Court

JULIANA M. ATENCIO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104011579
MY COMMISSION EXPIRES APRIL 5, 2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Veronica Arechederra Hall__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3800 Howard Hughes Parkway, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)            (state)           (zip code)

____702.921.2460____, ____Veronica.Hall@JacksonLewis.com____
(area code + telephone number)    (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Veronica Arechederra Hall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Erik M. Dullea, Attorney
(type or print party name, title)

_____
(party's signature)

LAURA OVERTON, GENERAL COUNSEL
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5855     Veronica.Hall@JacksonLewis.com
Bar number     Email address

APPROVED:

Dated: February 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



# Supreme Court
## State of Colorado.

It sufficiently appearing to the
## Justices of the Supreme Court
of the State of Colorado, from his application for License to Practice Law, and the certificates accompanying it attesting his qualifications, that

### Erik M. Bullea

has taken and subscribed the necessary oaths, and possesses the character and attainments required by law and the rules of this Court to entitle him to Admission to the Bar of this State.

He is therefore hereby authorized and empowered to appear in all Courts of Record of this State and therein to practice as an

## Attorney and Counselor at Law

Witness this __26th__ day of __October__ A.D. __2007.__

State of Colorado, ss.



I do hereby certify that I have duly enrolled the name of the said

### Erik M. Bullea

on the Roll of Attorneys and Counselors in my office. In Testimony Whereof, I have hereunto set my hand and the Seal of said Supreme Court, at Denver, this __17th__ day of __December__ A.D. __2007.__

_Susan J. Festag_
Clerk of the Supreme Court




THE UNITED STATES OF AMERICA

District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court, certify that

Erik M. Dullea

was duly admitted and qualified to practice as an attorney in the District Court on the 9th day of April, 2009.

In testimony whereof, I sign my name and affix the seal of this court, on this 10th day of April, 2009.

Clerk