## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, | |
| Plaintiff, | Case No. 2:15-cv-02306-JAD-PAL |
| vs. | **MINUTE ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION** |
| ALLEGIANT AIR, LLC and ALLEGIANT TRAVEL CO., | |
| Defendants. | Dated:  February 25, 2016 |

PRESENT:   THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

JUDICIAL ASSISTANT:   Julia Wright      RECORDER/TAPE #     None

COUNSEL FOR PLAINTIFF:   Sean McDonald, Michael Pangia and Amanda Dure

COUNSEL FOR DEFENDANT:   Veronica Arechederra-Hall and Erik Dullea

PROCEEDINGS: Early Neutral Evaluation Session

An early neutral evaluation session was conducted with the undersigned Magistrate Judge commencing at 9:00 a.m. on February 25, 2016.  In addition to above counsel, Plaintiff Jason Kinzer was present.  Also Laura Overton and Kraig Wilken were present on behalf of Defendants.  The Court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party.  Discussions concluded at 12:15 p.m.

**No settlement was reached.  Accordingly, the Court finds this case should be returned to the normal litigation track.**

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge