# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jason Kinzer

       Plaintiff(s),

vs.

Allegiant Air, LLC, Allegiant Travel Co.,

       Defendant(s).

Case #15-CV-02306-JAD-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Joseph Lafayette Anderson, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Pangia Law Group
(firm name)

with offices at 1717 N Street NW,
(street address)

Washington, District of Columbia, 20036,
(city) (state) (zip code)

(202) 955-6450, janderson@pangialawfirm.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Jason Kinzer to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since ___3/1993___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___North Carolina___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A attached hereto | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Yes. See Exhibit B attached hereto.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

North Carolina Bar Association, California Bar Association, West Virginia Bar Association, Kentucky Bar Association, District of Columbia Bar Association, Lawyer-Pilots Bar Association, Forsyth County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF North Carolina )
COUNTY OF Forsyth )

Joseph Anderson Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

6th day of April

_____
Notary Public or Clerk of Court

[Notary seal: VERATTIA F. OLIVER-TUTTLE, NOTARY PUBLIC, FORSYTH COUNTY, NC]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Sean W. McDonald___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___4270 S. Decatur Blvd. Suite A-9___,
(street address)

___Las Vegas___, ___Nevada___, ___89103___,
(city)   (state)   (zip code)

___702-968-8087___, ___smcdonald@theurbanlawfirm.com___,
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sean W. McDonald_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Jason Kinzer, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12817                    smcdonald@theurbanlawfirm.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do hereby certify that on March 20, 1993, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## JOSEPH L. ANDERSON

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this February 19, 2016.

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina

STATE OF WEST VIRGINIA

I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Joseph L. Anderson, of Winston-Salem, North Carolina, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 21st day of May, 2002; that he is an attorney in good standing in said Court and is currently on inactive status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 8th day of April, 2016, and in the 153rd year of the State.

_____
Clerk, Supreme Court of Appeals of West Virginia





# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOSEPH L. ANDERSON

was on   **MARCH 9, 2001**   duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 8, 2016**

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

April 6, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH LAFAYETTE ANDERSON, #143275 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989; that from the date of admission to January 30, 2007, he was an ACTIVE member of the State Bar of California; that on January 30, 2007, he transferred at his request to the INACTIVE status; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

NOTE:  *Only ACTIVE members of the State Bar of California are entitled to practice law in California.  (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# KENTUCKY BAR ASSOCIATION

**OFFICERS**
Douglass Farnsley
**President**

R. Michael Sullivan
**President-Elect**

William R. Garmer
**Vice President**

William E. Johnson
**Immediate Past President**

**YOUNG LAWYERS**
J. Tanner Watkins
**Chair**

**EXECUTIVE DIRECTOR**
John D. Meyers

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**BOARD OF GOVERNORS**
Mindy G. Barfield
Amy D. Cubbage
Melinda G. Dalton
Thomas N. Kerrick
Howard Oliver Mann
Earl M. McGuire
J. D. Meyer
Eileen M. O'Brien
Michael M. Pitman
W. Fletcher Schrock
Gary J. Sergent
Bobby Simpson
J. Stephen Smith
John Vincent



April 13, 2016

Joseph L. Anderson
1717 N Street Northwest
Washington, DC 20036

RE: Verification of Status of Kentucky Bar Association

Dear Mr. Anderson:

    We acknowledge your request for verification on your status with the Kentucky Bar Association. Our records indicate that you were admitted to the Kentucky Bar Association by motion on July 16, 2001 and that you voluntarily withdrew on November 9, 2009. A detailed disciplinary report is enclosed.

    If I may be of further assistance, please do not hesitate to call.

Sincerely,

Michele M. Pogrotsky
Deputy Registrar

Enclosure (1)

# DETAILED DISCIPLINARY REPORT

Respondent: JOSEPH LAFAYETTE ANDERSON
KBA Membership Number: 88810
Date: April 13, 2016

NAME AND ADDRESS OF COMPLAINANT: Inquiry Commission

NATURE OF COMPLAINT: Violations of SCR 3.130(5.3); SCR 3.130(7.09)(3); SCR 3.130(7.09)(4) and SCR 3.130(7.15)

DATE FILED: September 15, 2006

DATE APPLICANT SERVED: January 18, 2008

DISPOSITION: Public Reprimand with Conditions 9/18/2008

*Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar