# EXHIBIT A

## JOSEPH L. ANDERSON BAR ADMISSIONS

*Federal*

United States Supreme Court April 2014
United States Court of Appeals for the Federal Circuit August 1991
Ninth Circuit Court of Appeals February 1992
Fourth Circuit Court of Appeals April 1998
Southern District West Virginia May 2002
Northern District of California October 1991
Central District of California December 1990
Eastern District of North Carolina May 1998
Western District of North Carolina August 1997
Middle District of North Carolina June 1993

*State Courts*

California September 1989
North Carolina May 1993
District of Columbia Court of Appeals April 2001
West Virginia May 2002
Kentucky July 2001 (inactive)