# EXHIBIT 1—Bartenstein/Kinzer Email Chain

# EXHIBIT 1—Bartenstein/Kinzer Email Chain

**From:** Jason Kinzer
**Sent:** Saturday, June 13, 2015 8:09 AM
**To:** Jennifer Bartenstein
**Subject:** Re: Saturday Morning Safety Meeting

On my way.

Sent from my iPhone

On Jun 13, 2015, at 11:04 AM, Jennifer Bartenstein <Jennifer.Bartenstein@allegiantair.com> wrote:

> Now would be great, we fly out this afternoon. Thanks,
>
> Jennifer Bartenstein
> Director Safety Management System
> Allegiant Travel Company
> O: 702-830-8505
> C: 386-843-0676
>
> **From:** Jason Kinzer
> **Sent:** 6/13/15, 10:41 AM
> **To:** Bartenstein, Jennifer
> **Subject:** Re: Saturday Morning Safety Meeting
>
> Hi Jennifer,
>
> I've landed at TPA and am making my way to you all presently. Please verify that you still want to me to come now, or if you have a preference for later.
>
> Jason
>
> Sent from my iPhone
>
> On Jun 12, 2015, at 11:21 PM, Jennifer Bartenstein <Jennifer.Bartenstein@allegiantair.com> wrote:
>
>> Thanks Jason
>>
>> Jennifer Bartenstein
>> Director Safety Management System
>> Allegiant Travel Company
>> O: 702-830-8505
>> C: 386-843-0676
>>
>> **From:** Jason Kinzer
>> **Sent:** 6/12/15, 11:20 PM
>> **To:** Bartenstein, Jennifer
>> **Subject:** Re: Saturday Morning Safety Meeting

1

Neil has been briefed on tomorrow. I arrive TPA at 10:45ish and I'll race to you all as quickly as I can.
See you tomorrow.

Sent from my iPhone

On Jun 12, 2015, at 9:09 PM, Jennifer Bartenstein <Jennifer.Bartenstein@allegiantair.com> wrote:

> Jason,
>
> Wow! Sorry to hear that. I sincerely appreciate you making all efforts to join us tomorrow afternoon. Switching is fine. Let me know if I need to send FO Neil Godbole any confirmation.
>
> We'll see you tomorrow.
>
> Thank you for the heads up, and hopefully you can get some rest.
>
> Jennifer Bartenstein
> Director Safety Management System
> Allegiant Travel Company
> O: 702-830-8505
> C: 386-843-0676
>
> ---
>
> **From:** Jason Kinzer
> **Sent:** 6/12/15, 10:00 PM
> **To:** Bartenstein, Jennifer
> **Subject:** Re: Saturday Morning Safety Meeting
>
> Hi Jennifer,
>
> Unfortunately, I did not make it back to PIE today and spent the day getting bumped as I tried to get home.
>
> That said, I will not be back in PIE until tomorrow morning. As such, First Officer Neil Godbole and I have agreed to switch interview times if that's acceptable with you.
>
> I apologize for any inconvenience. My original travel plans back home were cancelled somehow and the company's effort to rebook me made for a 20 hour long day that would not have contributed to a fruitful interview tomorrow. Please try to understand, there hasn't been much sleep for me as of late.
>
> As always, call me with any questions.
>
> Respectfully,
>
> Jason

(817) 557-7350

Sent from my iPhone

On Jun 11, 2015, at 3:57 PM, Jennifer Bartenstein <Jennifer.Bartenstein@allegiantair.com> wrote:

> Hi Jason,
>
> Yes we will all be present at the same time to listen in but if you'd like to speak individually with any of us we can certainly arrange that at the end as well.
>
> Any thing we can learn, we're all ears.
>
> Thanks Jason,
>
> Jennifer Bartenstein
> Director Safety Management System
> Allegiant Travel Company
> O: 702-830-8505
> C: 386-843-0676
>
> **From:** Jason Kinzer
> **Sent:** 6/11/15, 3:02 PM
> **To:** Bartenstein, Jennifer
> **Subject:** Re: Saturday Morning Safety Meeting
>
> Hi Jennifer,
>
> Will I be meeting with all of you at the same time? Will you be present, or will you simply orchestrate the meetings?
> I'll have some very blunt comments and questions.
>
> Jason
>
> Sent from my iPhone
>
> On Jun 10, 2015, at 6:18 PM, Jennifer Bartenstein <Jennifer.Bartenstein@allegiantair.com> wrote:
>
>> Good afternoon Jason,
>>
>> As a follow up to my phone call earlier today, we look forward to meeting with you on Saturday morning at the Holiday Inn at the address below. I plan on hosting a non-punitive safety debrief to acquire lessons learned.

3

ALGNT-2648

My investigative committee joining me will include the following Allegiant personnel:
- L. Patrice McDaniel, Manager of Emergency Response
- Brian Heinitz, Manager of Flight Ops Safety
- Terri Mack, Manager of Inflight Training and Safety
- Tim Cawby, Manager of CASS (Mx)

We will meet you in the conference room (board should show G4 Safety Meeting) at 930am-11am local on Saturday, June 13th.

Holiday Inn St. Petersburg N-Clearwater
3535 Ulmerton Rd
Clearwater, FL

Please let me know if you have any questions between now and then. I look forward to meeting you.

Thank you,

<image001.png> **Jennifer Bartenstein** | Director of Safety Management Systems
Allegiant Travel Company
1201 N. Town Center Drive, Las Vegas, NV 89144
Direct: (386) 843-0676
Jennifer.Bartenstein@allegiantair.com | www.allegiant.com

4

ALGNT-2649