**THE PANGIA LAW GROUP**
Michael J. Pangia (*pro hac vice*)
Joseph L. Anderson (*pro hac vice*)
1717 N St NW, Suite 300
Washington, D.C. 20036
T: (202) 955-6153
F: (202) 393-1725
mpangia@pangialaw.com
janderson@pangialaw.com

**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
***Counsel for Plaintiff, Jason Kinzer***

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual; | Case No. 2:15-cv-02306-JAD-PAL |
| Plaintiff, | |
| vs. | **ITEMIZATION TO BILL OF COSTS** |
| ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO., a Nevada corporation, | |
| Defendants. | |

| Date | Description | Amount |
|---|---|---|
| 11/20/2015 | Federal Court fees charged for admission for Michael J Pangia | 250 |
| 04/05/2016 | Federal Court fees charged for admission for Joseph L Anderson | 250 |
| | Total court fees paid | 500 |

                                                  */s/ Sean W. McDonald*
                                                  Sean W. McDonald

74544

1

## Sean W. McDonald

**From:** cmecf@nvd.uscourts.gov
**Sent:** Wednesday, February 24, 2016 11:19 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-02306-JAD-PAL Kinzer v. Allegiant Air, LLC et al Verified Petition for Permission to Practice Pro Hac Vice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered by McDonald, Sean on 2/24/2016 at 11:18 PM PST and filed on 2/24/2016

**Case Name:** Kinzer v. Allegiant Air, LLC et al
**Case Number:** 2:15-cv-02306-JAD-PAL
**Filer:** Jason Kinzer
**Document Number:** 28

**Docket Text:**
**VERIFIED PETITION for Permission to Practice Pro Hac Vice by Michael J. Pangia and DESIGNATION of Local Counsel Sean W. McDonald (Filing fee $ 250 receipt number 0978-4012519) by Plaintiff Jason Kinzer. (McDonald, Sean)**

**2:15-cv-02306-JAD-PAL Notice has been electronically mailed to:**

Michael A Urban    murban@theurbanlawfirm.com, adenni@theurbanlawfirm.com, kopenbrier@theurbanlawfirm.com, nring@theurbanlawfirm.com, pcotsonis@theurbanlawfirm.com, RSchleiker@theurbanlawfirm.com, smcdonald@theurbanlawfirm.com, vhernquist@theurbanlawfirm.com

Sean W. McDonald    smcdonald@theurbanlawfirm.com, efiling@theurbanlawfirm.com

Veronica Arechederra-Hall    veronica.hall@jacksonlewis.com, janine.martin@jacksonlewis.com, karen.michelini@jacksonlewis.com, LasVegasDocketing@JacksonLewis.com

**2:15-cv-02306-JAD-PAL Notice has been delivered by other means to:**

1

Michael J. Pangia
Pangia Law Group
1717 N St NW
Washington, DC 20036

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=2/24/2016] [FileNumber=7487385-0
] [951d893a1675049807632977795692bdbd400637a177be142cd61b2946e2981930b4
b932f0ca14e4f4a56963cd818959c13a62bee1abcfc802afdf99d5b0e246c]]

**Sean W. McDonald**

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Thursday, February 25, 2016 12:38 PM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-02306-JAD-PAL Kinzer v. Allegiant Air, LLC et al Order on Verified Petition for Permission to Practice Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/25/2016 at 12:38 PM PST and filed on 2/25/2016
**Case Name:**     Kinzer v. Allegiant Air, LLC et al
**Case Number:**   2:15-cv-02306-JAD-PAL
**Filer:**
**Document Number:** 29

**Docket Text:**
**ORDER Granting [28] Verified Petition for Permission to Practice Pro Hac Vice for Attorney Michael John Pangia and approving Designation of Local Counsel Sean W. McDonald for Jason Kinzer. Signed by Judge Jennifer A. Dorsey on 2/25/16.
Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov
(Copies have been distributed pursuant to the NEF - MMM)**


**2:15-cv-02306-JAD-PAL Notice has been electronically mailed to:**

Michael A Urban     murban@theurbanlawfirm.com, RSchleiker@theurbanlawfirm.com, adenni@theurbanlawfirm.com, kopenbrier@theurbanlawfirm.com, nring@theurbanlawfirm.com, pcotsonis@theurbanlawfirm.com, smcdonald@theurbanlawfirm.com, vhernquist@theurbanlawfirm.com

Veronica Arechederra-Hall     veronica.hall@jacksonlewis.com, LasVegasDocketing@JacksonLewis.com, janine.martin@jacksonlewis.com, karen.michelini@jacksonlewis.com

Sean W. McDonald     smcdonald@theurbanlawfirm.com, efiling@theurbanlawfirm.com

**2:15-cv-02306-JAD-PAL Notice has been delivered by other means to:**

Michael J. Pangia
Pangia Law Group
1717 N St NW
Washington, DC 20036

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=2/25/2016] [FileNumber=7488237-0
] [226835d277f31b953737c60cb51ec5d45ef80e746bf0e26e7376e2ee190753dc809
fad78a1411bc5605ef2af78539bbc7cca2c7cdd54eccd575f57550107ca53]]

## Sean W. McDonald

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Thursday, April 28, 2016 12:09 PM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-02306-JAD-PAL Kinzer v. Allegiant Air, LLC et al Verified Petition |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered by McDonald, Sean on 4/28/2016 at 12:08 PM PDT and filed on 4/28/2016
**Case Name:**      Kinzer v. Allegiant Air, LLC et al
**Case Number:**   2:15-cv-02306-JAD-PAL
**Filer:**          Jason Kinzer
**Document Number:** 38

**Docket Text:**
**VERIFIED PETITION for Permission to Practice Pro Hac Vice by Joseph Lafayette Anderson and DESIGNATION of Local Counsel Sean W. McDonald (Filing fee $ 250 receipt number 0978-4097616) filed by Plaintiff Jason Kinzer . (Attachments: # (1) Exhibit, # (2) Exhibit)(McDonald, Sean)**

**2:15-cv-02306-JAD-PAL Notice has been electronically mailed to:**

Michael A Urban     murban@theurbanlawfirm.com, adenni@theurbanlawfirm.com, kopenbrier@theurbanlawfirm.com, nring@theurbanlawfirm.com, pcotsonis@theurbanlawfirm.com, RSchleiker@theurbanlawfirm.com, smcdonald@theurbanlawfirm.com, vhernquist@theurbanlawfirm.com

Sean W. McDonald     smcdonald@theurbanlawfirm.com, efiling@theurbanlawfirm.com

Veronica Arechederra-Hall     veronica.hall@jacksonlewis.com, janine.martin@jacksonlewis.com, karen.michelini@jacksonlewis.com, LasVegasDocketing@JacksonLewis.com

**2:15-cv-02306-JAD-PAL Notice has been delivered by other means to:**

Erik M. Dullea
Jackson Lewis PC
950 17th St Ste 2600
Denver, CO 80202

Michael J. Pangia
1717 N Street, NW
Washington, DC 20036-

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=4/28/2016] [FileNumber=7583073-0
] [8fbb07f0ed7e89694ba23a9b52d601779d0e037abcc7dede8634444bcd14f85cc89
75719532719fa784995a6e44bb5fcdc35bdd87f3c022b919cfcf288a76dab]]

**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=4/28/2016] [FileNumber=7583073-1
] [8fef80cef47ff8b522927d74c4ea9d61f9bd0df9457b509b119e5a443bd6d9aafc3
3d27277985f74bd19a427806a522a0d1eaff602fa63b7c901571e89c90c39]]

**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=4/28/2016] [FileNumber=7583073-2
] [e55227782bb8d9fe6b4eedda0fdadbea1a12a62cb82a8d324e3b037e2561d66e3b7
e59f196a2ca5c9efec4957709642690ce0ee7282540f28c8aba863574bcf6]]

## Sean W. McDonald

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Monday, May 02, 2016 2:36 PM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-02306-JAD-PAL Kinzer v. Allegiant Air, LLC et al Order on Verified Petition for Permission to Practice Pro Hac Vice |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 5/2/2016 at 2:35 PM PDT and filed on 4/29/2016
**Case Name:**     Kinzer v. Allegiant Air, LLC et al
**Case Number:**   2:15-cv-02306-JAD-PAL
**Filer:**
**Document Number:** 39

**Docket Text:**
**ORDER Granting [38] Verified Petition for Permission to Practice Pro Hac Vice for Attorney Joseph Lafayette Anderson and approving Designation of Local Counsel Sean W. McDonald for Jason Kinzer. Signed by Judge Jennifer A. Dorsey on 4/29/16.
Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov
(Copies have been distributed pursuant to the NEF - MMM)**

**2:15-cv-02306-JAD-PAL Notice has been electronically mailed to:**

Michael A Urban    murban@theurbanlawfirm.com, RSchleiker@theurbanlawfirm.com, adenni@theurbanlawfirm.com, kopenbrier@theurbanlawfirm.com, nring@theurbanlawfirm.com, pcotsonis@theurbanlawfirm.com, smcdonald@theurbanlawfirm.com, vhernquist@theurbanlawfirm.com

Veronica Arechederra-Hall    veronica.hall@jacksonlewis.com, LasVegasDocketing@JacksonLewis.com, janine.martin@jacksonlewis.com, karen.michelini@jacksonlewis.com

Sean W. McDonald    smcdonald@theurbanlawfirm.com, efiling@theurbanlawfirm.com

1

**2:15-cv-02306-JAD-PAL Notice has been delivered by other means to:**

Erik M. Dullea
Jackson Lewis PC
950 17th St Ste 2600
Denver, CO 80202

Joseph Lafayette Anderson
Pangia Law Group
1717 N Street NW
Washington, DC 20036

Michael J. Pangia
1717 N Street, NW
Washington, DC 20036-

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/2/2016] [FileNumber=7587652-0]
[02f50138c8af47e941248809ca3f4c8bf8ee35eb94dc8ce47640267b600446c0dc01
2229330da15961f12c9938db43c0784877d4a27c93d9995ce8ab3454e608]]