VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 5855
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Ste 600
Las Vegas, Nevada 89169
E-Mail: veronica.hall@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KINZER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT AIR, LLC, a Nevada limited liability company; and ALLEGIANT TRAVEL CO. a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-2306-JAD-PAL<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFF'S BILL OF COSTS** |

Defendants, ALLEGIANT AIR, LLC ("Allegiant") and ALLEGIANT TRAVEL CO. ("Allegiant Travel"), by and through their counsel Jackson Lewis P.C., hereby submit their Objection to Plaintiff's Bill of Costs (ECF No. 46) and incorporate herein, by reference, the facts and arguments discussed in Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Costs Under 28 U.S.C. § 1447(c) (ECF No. 47).

DATED this 30th day of June, 2016.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 5855
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants*

JACKSON LEWIS P.C.
LAS VEGAS

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 30<u>th</u> day of June, 2016, I caused to be served via ECF filing system a true copy of **DEFENDANTS' OBJECTION TO PLAINTIFF'S BILL OF COSTS**:

Michael A. Urban
Sean W. McDonald
The Urban Law Firm
4270 South Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103

Michael Pangia
Joseph Anderson
Pangia Law Group
1717 N Street NW
Washington, DC 20036

*Attorneys for Plaintiff*

/s/ Janine Martin
Employee of Jackson Lewis, P.C.

4838-5433-0676, v. 1