UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON KINZER,            )
                         )
          Plaintiff,     )
                         )
     vs.                 )     Case No. 2:15-cv-02306-JAD-PAL
                         )
ALLEGIANT AIR, LLC, et al., )
                         )
          Defendants.    )
_____)

CLERK'S MEMORANDUM REGARDING TAXATION OF COSTS

The official file in the above-entitled action reflects that on June 15, 2016, plaintiff Jason Kinzer filed a Bill of Costs (ECF No. 46); on June 30, 2016, defendants Allegiant Air, LLC and Allegiant Travel Co. filed an Objection to Plaintiff's Bill of Costs (ECF No. 47 & 48). Having reviewed all pertinent documents, the clerk taxes costs as follows:

**Fees of the Clerk:**  Amount requested: $500.00.

Defendants object to this cost. *Pro hac vice* admission fees are not taxable costs. This request is denied.

**Amount allowed:  $0.00.**

**Costs are taxed in the amount of $0.00 and are included in the judgment**.

Dated: July 11, 2016            LANCE S. WILSON, CLERK


                                By: __/s/ Amber Freeman_____
                                      AMBER FREEMAN
                                      Deputy Clerk

1